« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2024-034055 | **Judge:** | Whitten, Christopher |
| **File Date:** | 11/26/2024 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Patricia Crawford | Plaintiff | Female | Jon Phelps |
| America P A C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 11/26/2024 | COM - Complaint | 11/27/2024 | |
| **NOTE:** | Crawford Class Action Complaint | | |
| 11/26/2024 | CSH - Coversheet | 11/27/2024 | |
| **NOTE:** | Civil Cover Sheet | | |
| 11/26/2024 | CCN - Cert Arbitration - Not Subject | 11/27/2024 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 11/26/2024 | SUM - Summons | 11/27/2024 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| No records found. | | | | | |