Kellie Mitchell Bubeck, MO Bar No. 65573
Bubeck Law LLC
5440 W 110th Street, Suite 300
Overland Park, Kansas 66211
Phone: (913) 340-7206
Email: kellie@bubecklaw.com

*Attorneys for Defendant FLS Connect, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Crawford, for herself and on behalf of all others similarly situated. <br><br> Plaintiff, <br><br> v. <br><br> America PAC, and FLS Connect, LLC <br><br> Defendants. | No. CV-25-338-PHX-DGC |

### DISCLOSURE STATEMENT OF FLS CONNECT, LLC

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, FLS Connect, LLC, an Arizona limited liability company, states that it has a parent company, GP3 Partners, LLC, a Delaware limited liability company which is privately held. No publicly held corporation owns 10% or more of its stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: May 14, 2025                Respectfully submitted,
                                   /s/ *Kellie Mitchell Bubeck*

                                   Kellie Mitchell Bubeck, MO Bar No. 65573

Bubeck Law LLC
5440 W 110th Street, Suite 300
Overland Park, Kansas 66211
Phone: (913) 340-7206
Email: kellie@bubecklaw.com

*Attorneys for Defendant FLS Connect, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/ *Kellie Mitchell Bubeck*