# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Crawford,<br><br>    Plaintiff,<br><br>v.<br><br>America PAC, et al.,<br><br>    Defendants. | No. CV-25-00338-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice. Doc. 27.

**IT IS ORDERED:**

1. The parties' stipulation (Doc. 27) is **granted**.

2. This case is dismissed with prejudice as to Defendant America PAC and Defendant FLS Connect, LLC. Each party shall bear its own fees and costs.

3. The Clerk's Office is directed to close this case.

Dated this 16th day of July, 2025.

*David G. Campbell*
—————————————
David G. Campbell
Senior United States District Judge

1